```
                    FILED
                   JUN 1 9 2008
              CLERK, U.S. DISTRICT COURT
           SOUTHERN DISTRICT OF CALIFORNIA
           BY                        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2063-WQH |
| ) | |
| Plaintiff, ) | I N F O R M A T I O N |
| ) | |
| v. ) | Title 8, U.S.C., |
| ) | Sec. 1324(a)(1)(A)(i) and |
| JORGE RENE BERNAL-GUZMAN (1), ) | (v)(II) - Bringing in Illegal |
| ARGENIS REYES-GRAHAM (2), ) | Aliens and Aiding and |
| JOSE PEREZ-MORALES (3), ) | Abetting |
| TULIO ESPINOZA-DE LOS MONTEROS (4),) | |
| ) | |
| Defendants. ) | |

The United States Attorney charges:

On or about June 6, 2008, within the Southern District of California, defendants: JORGE RENE BERNAL-GUZMAN, ARGENIS REYES-GRAHAM, JOSE PEREZ-MORALES, and TULIO ESPINOZA-DE LOS MONTEROS, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Jose Hernandez-Ortiz, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: June 19, 2008

KAREN P. HEWITT
United States Attorney

*(signature)*
for JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:lg:San Diego
6/11/08