AO 455 (Rev. 5/85)  Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

TULIO ESPINOZA-DE LOS MONTEROS (4)

**WAIVER OF INDICTMENT**

CASE NUMBER: _08 CR 2063 WQH_

I, TULIO ESPINOZA-DE LOS MONTEROS, the above-named defendant, who is accused of committing the following offenses:

Bringing in Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(i) and (v)(II),

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on ___6-19-08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**

JUN 1 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                      DEPUTY

_____
Defendant

_____
Defense Counsel

Before _____
Judicial Officer