# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
          Plaintiff    )    CRIMINAL NO. ___08 CR 2063 WQH___
                   )
                   )    ORDER
    vs.    )
                   )    RELEASING MATERIAL WITNESS
                   )

Jorge Rene Bernal-Guzman .Booking No.
          Defendant(s)    )

On order of the United States ~~District~~/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

**Jose Hernandez-Ortiz**

DATED: __6/30/08__

                              **Ruben B. Brooks**
                 UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____    **OR**
          **DUSM**

                    W. SAMUEL HAMRICK, JR.  Clerk
                    by
              V. Lee ,  **Deputy Clerk**